

# Fourth Court of Appeals
## San Antonio, Texas

June 29, 2022

No. 04-22-00266-CR

James **KEARNS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2022W0277
Honorable Velia J. Meza, Judge Presiding

# O R D E R

On June 1, 2022, we issued a letter to the court reporters notifying them the reporter's record was late. The court reporters each responded to our notice by stating their portion of the reporter's record was not filed because appellant had failed to pay or make arrangements to pay their fee for preparing the record and appellant was not entitled to appeal without paying the fee.

We therefore **ORDER** appellant to provide written proof to this court stating either (1) the reporters' fees have been paid or arrangements have been made to pay the reporters' fees; or (2) appellant is entitled to appeal without paying the reporters' fees **by July 11, 2022**.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of June, 2022.



Michael A. Cruz,
Clerk of Court